The Honorable John H. Chun

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR22-126 JHC |
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND PRE-TRIAL MOTIONS DEADLINE |
| v. | |
| DALE BARTLEY, | |
| Defendant. | |

For the reasons set forth in the Agreed Motion to Continue the Trial Date and Pre-Trial Motions Deadline, as well as the complete record in this case, the Court makes the following findings:

First, the failure to grant the requested trial continuance would deny the defendant the reasonable time necessary for effective trial preparation, taking into account the exercise of due diligence, as contemplated by 18 U.S.C. § 3161(h)(7)(B)(iv);

Second, the ends of justice served by granting this Motion outweigh the best interests of the public and the defendant in a speedy trial support this request, as set forth in 18 U.S.C. § 3161(h)(7)(A), (B)(i) & (iv); and

Third, joining this defendant's trial date with that of his co-defendant is consistent with the goals of the Speedy Trial Act, as set forth in 18 U.S.C. § 3161(h)(6).

Order Continuing Trial Date - 1
*United States v. Bartley* / CR22-126 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     Therefore, IT IS HEREBY ORDERED,

2     The trial date in this matter is continued to May 8, 2023, and the pre-trial motions
3 deadline is continued to April 3, 2023. The period of delay from the date of this order to
4 the new trial date is excludable time pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and
5 (h)(7)(B)(iv).

6     DATED this 2nd day of March, 2023.

*[signature: John H. Chun]*

John H. Chun
United States District Judge

Presented by:

*s/ Mike Lang*
MIKE LANG
Assistant United States Attorney

Agreed:

*s/ Nicholas Vitek*
NICHOLAS VITEK
Attorney for Defendant

Order Continuing Trial Date - 2
*United States v. Bartley* / CR22-126 JHC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970