UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DALE BARTLEY,<br><br>Defendant. | Case No. 2:22-cr-00126<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE CJA COUNSEL |

THIS MATTER comes before the court on Defendant Dale Bartley's Unopposed Motion to Withdraw and Substitute new CJA Defense Counsel. Dkt. # 138. The Court has considered the reasons for the motion, the non-opposition of the United States, and the file herein. Therefore, it is hereby:

ORDERED that Defendant's Unopposed Motion to Withdraw and Substitute new CJA Defense Counsel is GRANTED. CJA Administration shall appoint new CJA defense counsel as soon as possible.

*signature*
JOHN H. CHUN
United States District Judge